UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TAMMY OLSON,<br><br>        Defendant. | No. CR-13-014-RMP-3<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE |

Before the court is the Defendant, Tammy Olson's, Unopposed Motion to Modify Conditions of Release. For good cause shown,

**IT IS ORDERED** that the Motion to Modify Conditions of Release, **ECF 137**, is **GRANTED**. The requirement that the Defendant shall remain in the Eastern District of Washington will be modified from June 7, 2013, to June 27, 2013.

All other terms and conditions of her release will remain in full force and effect.

DATED May 30, 2013.

                      S/ CYNTHIA IMBROGNO
               UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION
TO MODIFY CONDITIONS OF RELEASE - 1