UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 2:13-CR-014-RMP-3 |
| Plaintiff, ) | |
| ) | ORDER MODIFYING |
| v. ) | PRE-TRIAL RELEASE |
| ) | CONDITIONS |
| TAMARA OLSON, ) | |
| ) | |
| Defendant. ) | |

**BEFORE THE COURT** is Defendant's Unopposed Motion to Transfer Pretrial Supervision. ECF No. 369. Neither the United States Probation Office, nor Assistant United States Attorney Christopher E. Parisi object to the motion. ECF No. 369 at 2. Good cause appearing therefor,

**IT IS ORDERED:**

1. Defendant's Motion to Transfer Pretrial Supervision, **ECF No. 369**, is **GRANTED**.

2. Defendant Tamara Olson is permitted to reside in Fallbrook, California, in order to accept full-time employment. Therefore, Pretrial Supervision shall be transferred from the Eastern District of Washington to the Southern District of California. Ms. Olson is required to comply with the directions of the United States Probation Office in the Southern District of California and shall appear at every Court date scheduled in the above-entitled matter.

ORDER MODIFYING PRE-TRIAL RELEASE CONDITIONS - 1

**All other terms and conditions of her release will remain in full force and effect**.

DATED August 26, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER MODIFYING PRE-TRIAL RELEASE CONDITIONS - 2